UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CHAPMAN,

    Petitioner,                                    Civil Action No. 11-cv-14039
                                                  HON. BERNARD A. FRIEDMAN
vs.                                                  MAG. JUDGE PAUL J. KOMIVES

JEFFREY WOODS,

    Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Paul J. Komives's Report and Recommendation ("R&R") dated December 12, 2012 [docket entry 16].  Petitioner has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the Magistrate Judge reached the correct conclusions for the proper reasons.  Accordingly,

IT IS ORDERED that Magistrate Judge Paul J. Komives's Report and Recommendation dated December 12, 2012, is hereby accepted and adopted.


Dated: January 4, 2013             _s/ Bernard A. Friedman_____
      Detroit, Michigan            BERNARD A. FRIEDMAN
                                           SENIOR UNITED STATES DISTRICT JUDGE